CATHERINE W. PRENTISS, Respondent, *v.* CHARLES M. CORNELL et al., Respondents.   J. HUSSON, JR., Appellant.

(Argued June 18, 1884; decided June 27, 1884.)

*Jos. Husson* for appellant.

*J. Stewert Ross* for respondents.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

JOHN R. DUFF, Respondent, *v.* WILLIAM J. HUTCHINSON et al., Appellants.

(Submitted June 18, 1884; decided June 27, 1884.)

*William B. Putney* and *Joseph H. Choate* for appellants.

*Elihu Root* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.

---

THE PEOPLE OF THE STATE OF NEW YORK *v.* THE KNICKER-BOCKER LIFE INSURANCE COMPANY.

(Argued June 18, 1884; decided June 27, 1884.)

*William Barnes* for appellant.

*John C. Keeler* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.